# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2980
LT Case No. 2012-CF-000657-A

_____

RENO WOLFGANG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Reno Wolfgang, Milton, pro se.

No Appearance for Appellee.

December 23, 2025

PER CURIAM.

AFFIRMED.

JAY, C.J., and MAKAR and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____